**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | |
| MARIA MANIATAKIS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 08-64-JJF |
| | : | |
| OHIO CASUALTY GROUP and | : | |
| WEST AMERICAN INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | JURY OF 12 DEMANDED |
| | : | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26 (f),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.** The parties will exchange by April 30, 2008, the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.2.

2.    **Joinder of Other Parties.** All motions to join other parties shall be filed on or before August 1, 2008.

3.    **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge _____ for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later

than the Pretrial Conference or a date ordered by the Court.

        4.   **Discovery.**

        (a)   Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by <u>August 29, 2008</u>.

        (b)   Maximum of <u>  40  </u> interrogatories by each party to any other party.

        (c)   Maximum of 20 requests for admission by each party to any other party.

        (d)   Maximum of 4 depositions by plaintiff(s) and <u> 8-10  </u> by defendant(s).  Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

        (e)   Reports from retained experts required by Fed. R. Civ. P. 26 (a) (2) are due from the party with the burden of proof on the issue the expert is offered by <u>October 31, 2008</u>.

        (f)   Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

        5.   **Non-Case Dispositive Motions.**

        (a)   Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall

allow time for filing of the motion, allow for briefing in

accordance with the Federal and Local Rules, and shall permit all

briefing to be filed no later than 12:00 noon the Friday before

the motion day on which it is to be heard. Available motion dates

will be posted on the Court's website at:

http://www.ded.uscourts.gov//JJFmain.htm.

            (b)  At the motion hearing, each side will be

allocated ten (10) minutes to argue and respond to questions from

the Court.

            (c)  Upon filing of the Notice of Motion, a copy

of said Notice shall be sent to the Chambers by-email at:

jjf_civil@ded.uscourts.gov

        6.    **Amendment of the Pleadings.** All motions to amend

the pleadings shall be filed on or before September 30, 2008.

        7.    **Case Dispositive Motions.**  Any case dispositive

motions, pursuant to the Federal Rules of Civil Procedure, shall

be served and filed with an opening brief on or before

November 28, 2008.  Briefing shall be pursuant to D. Del. LR

7.1.2.  No case dispositive motion may be filed more than ten

(10) days from the above date without leave of the Court.

        8.    **Application by Motion.**

            (a)  Any applications to the Court shall be by

written motion filed with the Clerk of the Court in compliance

with the Federal Rules of Civil Procedure and the Local Rules of

Civil Practice for the United States District Court for the

District of Delaware (Amended Effective June 30, 2007).  Any non-

dispositive motion shall contain the statement required by D.

Del. LR 7.1.1 and be made in accordance with the Court's February

1, 2008 Order on Procedures for filing non-dispositive motions in

non-patent cases (pro se cases excluded). Briefs shall be limited

to no more than ten (10) pages. Parties may file stipulated and

unopposed Orders with the Clerk of the Court for the Court's

review and signing. The Court will not consider applications and

requests submitted by letter or in a form other than a motion.

          (b)   No facsimile transmissions will be accepted.

          (c)   No telephone calls shall be made to Chambers.

          (d)   Any party with a true emergency matter

requiring the assistance of the Court shall e-mail Chambers at:

jjf_civil@ded.uscourts.gov.   The e-mail shall provide a short

statement describing the emergency.

     9.   **Pretrial Conference and Trial.**  After reviewing

the parties' Proposed Scheduling Order, the Court will schedule a

Pretrial Conference.

        The Court will determine whether the trial date

should be scheduled when the Scheduling Order is entered or at

the Pretrial Conference.  If scheduling of the trial date is

deferred until the Pretrial Conference, the parties and counsel

shall anticipate and prepare for a trial to be held within sixty

(60) to ninety (90) days of the Pretrial Conference.


_____                    _____
          DATE                              UNITED STATES DISTRICT JUDGE


15/600220.