IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA MANIATAKIS, | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : NO. 08-064 (JJF) |
| | : |
| OHIO CASUALTY GROUP and | : |
| WEST AMERICAN INSURANCE | : |
| COMPANY, | : |
| | : |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William Foster, Esquire, to represent the defendants, Ohio Casualty Group and West American Insurance Company, in this matter.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: /s/ *Vicki L. Goodman*
_____
Vicki L. Goodman, Esquire (Id. No. 4861)
1220 Market Street, 5th Floor
Wilmington, DE 19801
(302) 552-4348
Attorney for Defendants,
Ohio Casualty Group and West American Ins. Co.

Dated: April 30, 2008

15/600018.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIA MANIATAKIS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-064 (JJF) |
| | : | |
| OHIO CASUALTY GROUP and WEST AMERICAN INSURANCE COMPANY, | : | |
| Defendants. | : | |

**CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of the MOTION FOR ADMISSION PRO HAC VICE in the above-captioned matter this date was served via electronic filing on April 30, 2008, upon all persons listed on service list.

Robert D. Goldberg, Esquire
Steven F. Mones, Esquire
BIGGS AND BATTAGLIA
921 Orange Street
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: /s/ *Vicki L. Goodman*
_____
Vicki L. Goodman, Esquire (Id. No. 4861)
1220 Market Street, 5th Floor
Wilmington, DE 19801
(302) 552-4348
Attorney for Defendants,
Ohio Casualty Group and West American Ins. Co.

Dated: April 30, 2008

15/613861.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA MANIATAKIS, | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : NO. 08-064 (JJF) |
| | : |
| OHIO CASUALTY GROUP and | : |
| WEST AMERICAN INSURANCE | : |
| COMPANY, | : |
| Defendants. | : |

### CERTIFICATION OF WILLIAM FOSTER, ESQUIRE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am an attorney admitted, practicing and in good standing in the Commonwealth of Pennsylvania and the State of New Jersey and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____
WILLIAM C. FOSTER ESQUIRE
(PA ID No. 03511)
1845 Walnut Street, 18th Floor
Philadelphia, PA  19103-4717
Phone: (215) 575-4551
Fax: (215) 575-0856
*Attorneys for Defendants*
*Ohio Casualty Group&*
*West American Ins. Co.*

Dated: 4/25/08

01/4427010.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA MANIATAKIS, | : |
|                     Plaintiff, | :   CIVIL ACTION |
| v. | :   NO. 08-064 (JJF) |
| OHIO CASUALTY GROUP and WEST AMERICAN INSURANCE COMPANY, | : |
|                     Defendants. | : |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission of William Foster, Esquire, to participate in this case *Pro Hac Vice* on behalf of Ohio Casualty Group and West American Insurance Company is granted.

                                                                                                                     Hon. Judge

15/613865.v1