IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARIA MANIATAKIS,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 08-64-JJF |
| | : | |
| **OHIO CASUALTY GROUP and** | : | |
| **WEST AMERICAN INSURANCE** | : | |
| **COMPANY,** | : | |
| | : | |
| Defendants. | : | **JURY OF 12 DEMANDED** |

## NOTICE OF SERVICE

I hereby certify that I have served upon all persons listed below a copy of Defendant's Rule 26(a)(1) Disclosures, in the above-captioned matter this date by electronic filing:

Robert D. Goldberg, Esquire
Steven F. Mones, Esquire
BIGGS AND BATTAGLIA
921 Orange Street
Wilmington, DE 19801

          **MARSHALL, DENNEHEY, WARNER,**
            **COLEMAN & GOGGIN**

   **BY:**  **/s/ Vicki L. Goodman**
       **VICKI L. GOODMAN, ESQUIRE #4861**
       **1220 N. Market Street, 5th Floor**
       **P.O. Box 8888**
       **Wilmington, DE 19899-8888**
       **(302) 552-4348**
       **Attorney for Defendants**

15/613854.v1