IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA MANIATAKIS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>OHIO CASUALTY GROUP and )<br>WEST AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>   Defendants. ) | C.A. No. 08-64-JJF<br><br>NO. 08-64-JJF<br><br>JURY OF 12 DEMANDED |

### NOTICE OF SERVICE

TO: **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
   **VICKI L. GOODMAN, ESQUIRE  (DE I.D. No. 4861)**
   **1220 North Market Street, 5th Floor**
   **P.O. Box 8888**
   **Wilmington, DE 19899**

**PLEASE TAKE NOTICE** that on this 5th day of May, 2008, two copies of Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were sent by hand delivery to the counsel for Defendants.

               **BIGGS AND BATTAGLIA**

               /s/Robert D. Goldberg
               Robert D. Goldberg (I.D. No.: 631)
               921 North Orange Street
               P.O. Box 1489
               Wilmington, Delaware 19899-1489
               (302) 655-9677
               Attorney for Plaintiff Maria Manatakas

Dated:  May 5, 2008