# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIA MANIATAKIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 08-64-JJF |
| | : | |
| OHIO CASUALTY GROUP and WEST | : | |
| AMERICAN INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **7th** day of **May, 2008**.

IT IS ORDERED that the teleconference scheduled for Thursday, May 8, 2008 at 8:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation has been rescheduled to **Thursday, May 22, 2008 at 8:30 a.m.  Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE