IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARIA MANIATAKIS,** | : | |
| | : | |
| | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 08-064 (JJF) |
| | : | |
| **OHIO CASUALTY GROUP and** | : | |
| **WEST AMERICAN INSURANCE** | : | |
| **COMPANY,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## NOTICE OF SERVICE

I hereby certify that I have served upon all persons listed below two copies of Defendants' First Set of Interrogatories Directed to Plaintiff and First Request for Production of Documents to Plaintiff, in the above-captioned matter this date by first class mail:

Mr. Robert Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: _/s/ Vicki L. Goodman_____
    VICKI L. GOODMAN, ESQUIRE
    I.D. No. 4861
    1220 North Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899
    (302) 552-4348
    *Attorney for Defendants*

    WILLIAM C. FOSTER, ESQUIRE
    *(Admitted Pro Hac Vice)*
    (215) 575-4551

Dated: August 6, 2008                   *Attorney for Defendants*          15/654594.v1