# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA MANIATAKIS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 08-64-JJF |
| OHIO CASUALTY GROUP and WEST AMERICAN INSURANCE COMPANY, | : |
| Defendants. | : |

## ORDER

At Wilmington this **26th** day of **August, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 3, 2008 at 9:30 a.m.** with Judge Thynge to discuss the mediation in this matter. **Vicki L. Goodman, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE