## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA MANIATAKIS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 08-64-JJF |
| OHIO CASUALTY GROUP and WEST AMERICAN INSURANCE COMPANY, | : |
| Defendants. | : |

## ORDER

At Wilmington this **3rd** day of **September, 2008.**

IT IS ORDERED that the mediation scheduled for Friday, September 19, 2008 at 10:00 a.m. with Judge Thynge has been rescheduled to **Wednesday, January 21, 2009 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, January 9, 2009.** All other provisions of the Court's May 22, 2008 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE